UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LYNN O'HINES,<br>aka JACKSON MALLOY,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN JEFF FREELAND, et al.,<br><br>        Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) | NO. CV 09-2000-CAS (MAN)<br><br><br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice

DATED: 4/21/09

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE